Mario Marioncelli
vs. } No. 86710.
Westminster Lumber Co.

January 11, 1932.

BLODGETT, P. J. Heard without the intervention of a jury.

Plaintiff brings action to recover for labor and materials furnished defendant.

Defense is that the defendant corporation is not liable as the work was done under a contract with an individual.

The Court is satisfied from the preponderance of the evidence that officers of the corporation sanctioned the work and delivery of material and received the benefit therefor.

Decision for plaintiff for $232 and costs.

For plaintiff: Ralph Rotondo.

For defendant: De Pasquale & Golemba.

Franco Bros.
vs. } No. 87098.
Gaetano Ferrigno

January 11, 1932.

BLODGETT, P. J. Heard upon demurrer of plaintiff to plea in set-off filed by defendant.

The demurrer admits the truth of the facts set forth in said plea.

The plea alleges the agreement set forth in said plea was made contemporaneously with the alleged note set forth in the declaration and was made part of the consideration therefor.

On this ground demurrer is overruled.

For plaintiff: Ralph Rotondo.

For defendant: John F. Collins.